# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2023-3200
LT Case No. 2016-CA-43164

———————————————————

KENNETH E. PICKENS a/k/a
KENNETH PICKENS and YAMINA
S. PICKENS a/k/a YAMINA SAFRI
PICKENS,

    Appellants,

    v.

U.S. BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY, BUT
SOLELY AS TRUSTEE OF THE
TRUMAN 2021 SC9 TITLE TRUST,

    Appellee.

———————————————————

On appeal from the Circuit Court for Brevard County,
Michelle L. Naberhaus, Judge.

Kenneth E. Pickens and Yamina S. Pickens, Melbourne Beach, pro
se.

Adam A. Diaz, of Diaz Anselmo & Associates P.A., Fort
Lauderdale, for Appellee.

August 20, 2024

PER CURIAM.

AFFIRMED.

HARRIS, BOATWRIGHT, and MACIVER, JJ., concur.

––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––